**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| ALLEN GARRARD, individually<br> and on behalf of all others similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-cv-00836-DGK |
| | ) | |
| RUST-OLEUM CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

<u>**ORDER OF DISMISSAL WITHOUT PREJUDICE**</u>

Having considered the Plaintiffs' Notice of Dismissal (Doc. 3), it is hereby ORDERED

that the case is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Date:\_\_November 12, 2019_____          /s/ Greg Kays_____
                                              GREG KAYS, JUDGE
                                              UNITED STATES DISTRICT COURT